JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TALISHA OLIVER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:25-cv-08638-SB (AJRx)<br><br>**ORDER RE STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:　Hon. Stanley Blumenfeld, Jr.<br><br>Complaint Filed:　September 11, 2025 |

　　Pursuant to the stipulation of the parties, this action is dismissed in its entirety as to all defendants with prejudice, and each party shall bear her or its own attorneys' fees and costs in this matter.

Dated: December 29, 2025

_____
HON. STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE